UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT COMITO, | ) | 1:07-CV-01782 AWI GSA HC |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATION |
| | ) | [Doc. #13] |
| v. | ) | |
| | ) | ORDER GRANTING MOTION TO DISMISS, |
| | ) | DISMISSING PETITION FOR WRIT OF |
| FEDERAL BUREAU OF PRISONS, | ) | HABEAS CORPUS, AND DIRECTING |
| et al., | ) | CLERK OF COURT TO ENTER JUDGMENT |
| | ) | |
| Respondent. | ) | ORDER DECLINING ISSUANCE OF |
| | ) | CERTIFICATE OF APPEALABILITY |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 28, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended Respondent's motion to dismiss be GRANTED, and the petition be DISMISSED. The Magistrate Judge further recommended that Respondent be ORDERED not to reference the BOP policy promulgated in December 2002 or the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21 in any consideration of Petitioner for RRC placement eligibility. This Findings and Recommendation was served on all parties and contained notice that any objections to the Findings and Recommendation were to be filed within thirty (30) days of the date of service of the order.

1  Over thirty (30) days have passed and no party has filed objections.

2  In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued March 28, 2008, is ADOPTED IN FULL;

2. Respondent's Motion to Dismiss is GRANTED;

3. The Petition for Writ of Habeas Corpus is DISMISSED;

4. Respondent is ORDERED not to reference the BOP policy promulgated in December 2002 or the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21 in any future consideration of Petitioner for RRC placement eligibility. In the event Respondent fails to complete an assessment within 11 months of Petitioner's projected release date, Petitioner will be granted leave to reopen the case at that time;

5. The Clerk of the Court is DIRECTED to enter judgment; and

6. As this is § 2241 petition, no certificate of appealability is required.

IT IS SO ORDERED.

**Dated:   May 26, 2008**               /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE